```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ROBERTA WHIPPLE

      Plaintiff,

v.

MODESTA, INC., ANNA ZANIEWSKA
and KAZIMIERZ ZANIEWSKI

      Defendants.
-------------------------------------------------------X

CASE NO. 07 CIV 7368 (GEL)

**ORDER TO SHOW CAUSE**
**JUDGMENT BY DEFAULT**

Upon the affidavit of Robert W. Finke sworn to the 4th day of December, 2007, and a copy of the Complaint hereto annexed, it is

ORDERED, that the above-named defendants show cause before a motion term of this Court at Room 6B, United States Courthouse, 500 Pearl Street, in the City, County and State of New York on JANUARY 2, 2008 at 11 a.m. thereof, or as soon thereafter as counsel may be heard why default judgment should not be entered pursuant to Rule 55 of the Federal Rules of Civil Procedure and Rules 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York; and

OREDERED, that service of a copy of this order and the annexed affidavit by overnight delivery on or before DECEMBER 26, 2007 shall be deemed good and sufficient service thereof.

Dated:    New York, New York
        Dec 19 2007

_____
U.S.D.J.