USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ROBERTA WHIPPLE                             :

         Plaintiff,                            :

         V.                                         :

MODESTA, INC., ANNA ZANIEWSKA    :
and KAZIMIERZ ZANIEWSKI               :

         Defendants.                          :
------------------------------------------------------X

CASE NO. 07 CIV 7368 (GEL)

**DEFAULT JUDGMENT**

This action having been commenced on August 17, 2007 by the filing of the

Summons and Complaint, and a copy of the Summons and Complaint having been

personally served on the defendants MODESTA, INC., ANNA ZANIEWSKA and

KAZIMIER ZANIEWSKI by personally delivering said Summons and Complaint to

ANNA ZANIEWSKA on September 24, 2007, and a proof of service having been filed

on October 9, 2007 and the defendant not having answered the Complaint, and the time

for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment

against the defendant in the liquidated amount of $166,738.75 plus costs and

disbursements of this action in the amount of $505.00 amounting in all to $167,243.75.

Dated:     New York, New York

           Jan 2, 2008

                                        _____
                                          U.S.D.J.

This document was entered on the docket
on _____.